FILED

April 28, 2005

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DARNELL FOSTER, )<br>)<br>Defendant. ) | Case No. CR S-05-0125 MCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __DARNELL FOSTER__ , Case No. __CR S-05-0125 MCD__ , Charge __18:1344(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

✓   Bail Posted in the Sum of $_____

     ✓   Unsecured Appearance Bond $ 30,000

     ___   Appearance Bond with 10% Deposit

     ___   Appearance Bond with Surety

     ___   Corporate Surety Bail Bond

     ✓   (Other)   with conditions

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 28, 2005__ at __2:43 p.m.__ .

By _____

Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal