| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:05-cr-00125-MCE |
| v. | ) | |
| | ) | |
| DARNELL FOSTER | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
                 ( ) Ad Prosequendum                  (X) Ad Testificandum

Name of Detainee:     NAJEEULLAH HAKEEM WHEELER
Detained at (custodian): San Quentin State Prison

Detainee is:
     a.)    ( ) charged in this district by:    ( ) Indictment    ( ) Information    ( ) Complaint
            charging detainee with: _____
or    b.)    (X) a witness not otherwise available by ordinary process of the Court

Detainee will:
     a.)    (X) return to the custody of detaining facility upon termination of proceedings
or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary before the Honorable Morrison C. England, Jr., U.S. District Judge, on May 8, 2008, at 10:00 a.m. in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ SAMANTHA S. SPANGLER |
| Printed Name & Phone No: | SAMANTHA S. SPANGLER, 916-554-2792 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

             ( ) Ad Prosequendum             (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on May 8, 2008, at 10:00 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: April 15, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Najee Wheeler, Najeeulah Hakee | Male |
| Booking or CDC #: | V25741 | DOB: 1983 |
| Facility Address: | San Quentin, CA 94964 | Race: M |
| | | FBI #: 414189XB4 |
| Facility Phone: | 415-454-1460 | |
| Currently Incarcerated For: | | |

### RETURN OF SERVICE

Executed on _____ By: _____
                                                                                                          (Signature)