

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:05-CR-00125 MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DARNELL FOSTER, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Darnell Foster</u>, Case No. 2:05-CR-00125, from custody subject to the conditions stated on record at the hearing of May 8, 2008 and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $_____

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        _X_   (Other)   <u>Conditions as stated on the record</u>

Issued at <u>Sacramento, CA</u> on May 8, 2008 at <u>11:4? a.m.</u>

By: _____

Morrison C. England, Jr.
United States District Judge