AO 245D-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DARNELL FOSTER**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:05CR00125-08** |

Caro Marks, AFD
Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of charges 1, 2, 3, 4, and 5  as alleged in the violation petition filed on 1/19/2010 .

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __ .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on  06/12/2008 .

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

02/04/2010
Date of Imposition of Sentence

Signature of Judicial Officer

**MORRISON C. ENGLAND, JR.**, United States District Judge
Name & Title of Judicial Officer

2/10/2010
Date

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet 1

| | | |
|---|---|---|
| CASE NUMBER: | 2:05CR00125-08 | Judgment - Page 2 of 3 |
| DEFENDANT: | DARNELL FOSTER | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to Notify Probation Officer Within 72 Hours of Being Questioned by Law Enforcement | 05/25/2009 |
| 2 | Failure to Submit Written Monthly Report Forms | 07/2009 and 08/2009 |
| 3 | Failure to Report to Drug Testing | 07/14/2009 and 10/27/2009 |
| 4 | Failure to Abstain From the Use of Illegal Drug Use | 07/27/2009 and 10/29/2009 |
| 5 | Failure to Make Payments Towards Restitution | 01/05/2009 to 01/13/2010 |

CASE NUMBER:        2:05CR00125-08                                          Judgment - Page 3  of  3
DEFENDANT:          DARNELL FOSTER

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 7 months (no supervision to follow).

[✔]     The court makes the following recommendations to the Bureau of Prisons:
        The Court recommends that the defendant be incarcerated in Sacramento County Jail, but only insofar as this accords with security classification and space availability.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.

                                                        _____
                                                        UNITED STATES MARSHAL

                                                By      _____
                                                        Deputy U.S.  Marshal